UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>    Plaintiff(s),<br>    (Petitioner)<br><br>V.<br><br>SPRINT CORPORATION, et al.,<br><br>    Defendant(s),<br>    (Respondent) | Case No. C-09-6043-BZ<br><br>*ORDER RE APPLICATION*<br>*TO PROCEED*<br>*IN FORMA PAUPERIS* |

( )   **IT IS ORDERED** that the application to proceed in forma pauperis is *GRANTED* and that the Clerk issue summons.
**IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

(✓)   **IT IS ORDERED** that the application to proceed in forma pauperis is *DENIED*, and that the filing fee of $350.00 be paid no later than Feb 1, 2010. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( )   **IT IS ORDERED** that the application to proceed in forma pauperis is *DENIED* and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ _____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: 5 Jan 09

UNITED STATES *MAGISTRATE* JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTOLIN A. MARKS,

        Plaintiff,

v.

SPRINT CORP. et al,

        Defendant.
                                     /

Case Number: CV09-06043 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 5, 2010, I SERVED a true and correct copy(ies) of the attached **ORDER RE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** , by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antolin Andrew Marks
Low Income Immigration Assistance
Immigration Public Justice-CCSC
P.O. Box 7102
Covington, WA 98402

Dated: January 5, 2010

                                        Richard W. Wieking, Clerk
                                        By: Rose Maher, Deputy Clerk

                                        *Rose Maher*