UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTOLIN A. MARKS,                )
                                 )
         Plaintiff(s),           )    No. C09-6043 BZ
                                 )
     v.                          )
                                 )    **ORDER FOR REASSIGNMENT**
SPRINT CORPORATION, et al.,      )
                                 )
         Defendant(s).           )
                                 )
_____)

In view of the Report and Recommendation dated April 1, 2010, the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: April 1, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MARKS V. SPRINT\ORDER REASSIGNING CASE.wpd

1